■ In the Matter of the Claim of HENRY BELLO, Appellant. COMMISSIONER OF LABOR, Respondent. [10 NYS3d 918]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed January 3, 2014, which ruled that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Decision affirmed. No opinion.

Lahtinen, J.P., Egan Jr., Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of the Claim of RANDY B. KRAVITZ, Appellant. COMMISSIONER OF LABOR, Respondent. [10 NYS3d 918]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 15, 2014, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Decision affirmed. No opinion.

Peters, P.J., McCarthy, Rose and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.